The Honorable JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>Plaintiff,<br><br>v.<br><br>LINDA NGUYEN ET AL.,<br><br>Defendants. | NO. 2:21-cv-00746-JCC<br><br>DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS JAMAAL MAGEE AND JULIE DECAMPS' MOTION TO DISMISS |

Brendan Lenihan hereby declares as follows:

1.      I am over the age of 18 and am competent to testify about the matters stated herein. I am an Assistant Attorney General, and I represent Defendants Jamaal Magee and Julie DeCamp in this case.  As such, I am familiar with the contents of the case file in the matter. I make this declaration based on my personal knowledge and the records in this case.

2.      *Exhibit 1* of this declaration is a true and correct copy of the Amended Dependency Petition, dated March 16, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

3.      *Exhibit 2* of this declaration is a true and correct copy of the Order to Take Child Into Custody and Place in Shelter Care, dated March 16, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

DECLARATION OF BRENDAN
LENIHAN IN SUPPORT OF
DEFENDANTS JAMAAL MAGEE AND
JULIE DECAMPS' MOTION TO
DISMISS -NO.  2:21-cv-00746-JCC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

4.    *Exhibit 3* of this declaration is a true and correct copy of the Shelter Care Hearing Order, dated March 17, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

5.    *Exhibit 4* of this declaration is a true and correct copy of the Order Continuing Fact-Finding/Trial, dated July 6, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

6.    *Exhibit 5* of this declaration is a true and correct copy of the Pretrial Conference Order, dated August 24, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

7.    *Exhibit 6* of this declaration is a true and correct copy of the Order of Dependency as to mother, Myriam Zayas, dated October 8, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

8.    *Exhibit 7* of this declaration is a true and correct copy of the Permanency Planning Order, dated May 7, 2021, and filed in King County Superior Court Juvenile Division, cause number 21-7-00531-9 SEA.

9.    *Exhibit 8* of this declaration is a true and correct copy of the Petition For Termination of Parent Child Relationship, dated August 11, 2021, and filed in King County Superior Court Juvenile Division, cause number 21-7-00531-9 SEA.

10.    *Exhibit 9* of this declaration is a true and correct copy of the Order Setting Termination of Parental Rights Case Schedule, dated August 12, 2021, and filed in King County Superior Court Juvenile Division, cause number 21-7-00531-9 SEA.

11.    *Exhibit 10* of this declaration is a true and correct copy of plaintiff Myriam Zayas' former lawsuit against defendant Jamaal Magee, dated July 17, 2020, and filed in US District Court for the Western District of Washington, cause number 2:20-cv-01001-RSM.

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS JAMAAL MAGEE AND JULIE DECAMPS' MOTION TO DISMISS -NO. 2:21−cv−00746−JCC

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

12.    *Exhibit 11* of this declaration is a true and correct copy of the Order of Dismissal with Prejudice against defendant Jamaal Magee, dated October 6, 2020, and filed in US District Court for the Western District of Washington, cause number 2:20-cv-010001-MAT.

13.    *Exhibit 12* of this declaration is a true and correct copy of Judgment in a Civil Case, dated October 6, 2020, and filed in US District Court for the Western District of Washington, cause number 2:20-cv-010001-MAT.

14.    *Exhibit 13* of this declaration is a true and correct copy of plaintiff Myriam Zayas' former lawsuit against defendant Julie DeCamp, dated June 10, 2020, and filed in US District Court for the Western District of Washington, cause number 2:20-cv-00650-TLF.

15.    *Exhibit 14* of this declaration is a true and correct copy of the Order of Dismissal with Prejudice against defendant Julie DeCamp, dated October 8, 2020, and filed in US District Court for the Western District of Washington, cause number 2:20-cv-00650-TLF.

16.    *Exhibit 15* of this declaration is a true and correct copy of the Order of Dismissal dated August 19, 2021, and filed in US District Court for the Western District of Washington, cause number 2:20-cv-007467-JCC.

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED in Olympia, Washington on this 14th day of October 2021.


*/s/ Brendan Lenihan*
BRENDAN LENIHAN, WSBA No. 56066
Assistant Attorney General

DECLARATION OF BRENDAN
LENIHAN IN SUPPORT OF
DEFENDANTS JAMAAL MAGEE AND
JULIE DECAMPS' MOTION TO
DISMISS -NO. 2:21−cv−00746−JCC

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**CERTIFICATE OF SERVICE**

2

3       I hereby certify that on the 14th day of October 2021, I caused to be electronically filed

4   the foregoing document with the Clerk of the Court using the CM/ECF system, which will

5   send notification of such filing to the following:

6       Electronic Service to:
7       RAAM WONG
        King County Prosecuting Attorney
        500 Fourth Avenue, Suite 900
8       Seattle, WA 98104
        Raam.Wong@kingcounty.wa.gov
9
        Mailed Copy to:
10      MYRIAM ZAYAS
        Plaintiff, Pro Se
11      27369 129th Pl SE
        Kent, WA 98030
12

13

14                              /s/Brendan M. Lenihan
                                BRENDAN M. LENIHAN, WSB No. 56066
15                              Assistant Attorney General

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BRENDAN
LENIHAN IN SUPPORT OF
DEFENDANTS JAMAAL MAGEE AND
JULIE DECAMPS' MOTION TO
DISMISS -NO. 2:21−cv−00746−JCC

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300