☐ King East ☐ King West ☐ MLK
☐ OICW ☐ West Seattle
☒ King South East ☐ King South West
☐ Private

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY
JUVENILE DIVISION

| In re the Dependency of: | No: 20-7-00666-0 KNT |
|---|---|
| ACZ <br> dob: ACZ <br><br> Minor child | **Pretrial Conference Order** <br> **(ORPTC)** <br><br> ☒ Dependency ☐ Termination <br><br> Trial Date: __9/21/20__ <br> If this date differs from the date on the Case Schedule, a separate Order of Continuance must be submitted. |

## I. INTRODUCTORY MATTERS

The parties affirm that this trial will be as to:

☒ Mother Only        [publication pending as to unknown father]

The parties estimate that the entire trial will take __8__ days.
The Department estimates its case will take __3.5__ days
The mother estimates her case will take __3__ days
The CASA estimates __0.5__ days for the CASA's case.

☐ ~~ICWA applies~~: The _____ tribe/nation/band has intervened or otherwise participated.

☐ ~~Interpreter needed~~ for _____ (party or witness name) in _____ language. Interpreter to be arranged by DCYF and/or its counsel pursuant to RCW 2.43.040(2).

## II. TRIAL DATE CONFLICTS

The parties assert that the date listed above does not conflict with previously-scheduled leave of any attorney, the assigned social worker or the CASA or, in the alternative that the parties believe the trial can proceed on this date even if such conflict exists. A partial day leave for a medical appointment or similar issue can be accommodated.

If for some reason the trial is not assigned out on the current trial date, the following conflicts exist in the month following the trial date:

List party by LAST NAME

| | | | |
|---|---|---|---|
| AAG/SW: | La Raus / Magee | Dates: | AAG on leave 8/31-9/04 |
| GAL/C: | Duke / Cowan | Dates: | GAL is unavailable 9/14-9/16 and 11/12-11/16. GAL Attorney is unavailable 9/14-9/18; 10/19-10/20. |
| Mother/C: | Zayas (*pro se*) | Dates: | |

## III. SETTLEMENT

Settlement: ☒ Has been attempted.

## IV. PRETRIAL DISCLOSURES

1. Answer Filed: ☐ Mother

   If not yet completed, answer will be filed by __8/31/20__.

2. Exchange of Exhibit Lists

   ☒ Petitioner     ☐ Mother

   If not yet completed, exhibit lists will be exchanged by __8/31/20__.

   Numbering for the Exhibits will be as follows:

   | | | |
   |---|---|---|
   | AAG | Number Start: (i.e., 1 – 50) | 1-199 |
   | CASA | Number Start: (i.e., 51 – 100) | 200-299 |
   | Mother | Number Start: (i.e., 151 – 200) | 300-399 |

3. Inspect Non-documentary Exhibits

   ☒ Petitioner     ☐ Mother

   If not yet completed, exhibit lists will be exchanged by __8/31/20__.

4. Disclosure of Witnesses

   ☒ Petitioner     ☒ Mother

   If not yet completed, witness lists will be exchanged by __8/31/20__.

5. GAL Report

   ☐ Is complete.
   ☒ Must be completed and provided to all parties by __9/02/20__.

6. Discovery

   a. All discovery available to the petitioner ☒ has  ☐ has not been provided to opposing parties. If not yet provided, it will be provided by: __8/31/20__.

   b. All discovery available to responding parties ☐ has  ☒ has not been provided to opposing parties. If not yet provided, it will be provided by: __8/31/20__.

c. ☒ Updated discovery is expected to be received. It shall be provided no later than two business days following receipt. The general nature of this updated information is expected to be: information r.e. parent's most recent participation in visitation / services

d. ☒ The formal discovery cut off is extended to __8/31/20__.

## V. STIPULATIONS

The parties agree to the following stipulations;

1. Electronic Court Records copies of orders entered in dependency, termination, and parentage actions involving the parents or alleged parents of the above-named child(ren) and/or the child(ren)'s siblings are deemed authenticated for purposes of admissibility.
2. Certified copies of all criminal and civil court records regarding the parents are deemed authenticated.
3. Telephonic testimony shall be allowed.
4. Previously supplied Notices of Intent to Take Testimony are effective for the trial date as assigned via brokerage.

## VI. SPECIAL ISSUES

1. ☐ The ☐ Father ☐ Mother ☐ Youth is incarcerated. Transportation, or the ability to participate telephonically or through some other means, is to be arranged by counsel for that party.
2. ☐ There are on-going competency issues and a Guardian ad Litem has been appointed for:
3. ☐ There will be a need to arrange appropriate accommodations pursuant to the American with Disabilities Act, that is: _____
4. ☐ An out-of-state witness will be called in this matter.
5. ☐ The following special issues exist: _____

## VII. OTHER

CASA requested a colloquy on mother's need for litigation GAL; court conducted colloquy with mother today on the record and determined that she is competent to proceed without a litigation GAL.

Dated: __8/24/20__

_/s/ Judge A. Messitt_
Judge A. Messitt

☒ Confirmed on the record  ☐ approved for entry via emails attached

David La Raus     Assistant Attorney General

**Pretrial Conference Order (ORPTC) – Dependency - Page 3 of 4**          Revised 8/5/19

| | |
|---|---|
| Myriam Zayas | Mother, *pro se* |
| Jennie Cowan | Counsel for CASA |