IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| In re the Dependency Termination of:<br><br>ACZ | NO. 21-7-00531-9 SEA<br><br>ORDER SETTING TERMINATION OF PARENTAL RIGHTS CASE SCHEDULE<br><br>FILED DATE:08/12/2021<br>TRIAL DATE:12/20/2021 |

## I. TERMINATION SCHEDULE NOTICES:

### IMPORTANT NOTICE TO PARENTS!

### YOU MUST COME TO THE HEARINGS LISTED ON THIS CASE SCHEDULE.

**Dependency Court has moved. Hearings in this case will be held at the Children and Family Justice Center, 1211 E. Alder St., Seattle, WA 98122 except as otherwise directed at the pre-trial conference.**

If you do not come to the preliminary hearing, or otherwise respond to the Notice and Summons, the Court will enter a default order permanently terminating your parental rights to your child(ren).

## I. TERMINATION SCHEDULE NOTICES: (continued)

**STAY IN CONTACT WITH YOUR LAWYER!**
If you do not stay in contact with your lawyer, your lawyer may not be able to effectively represent you in court and the Court can enter an order permanently terminating your parental rights to your child(ren).

**HOW TO GET A COURT-APPOINTED LAWYER:**

To find out if you qualify for a court-appointed lawyer, you can screen by phone or in person. To screen by phone, call **206-477-9727**. Interviewers are available by phone from **8 am to 5 pm Monday through Friday**.

For more information about King County Department of Public Defense please visit: www.kingcounty.gov/courts/public-defense.

**FILING A TERMINATION PETITION:**

The Dependency Termination Petition must be filed electronically (attorney) or at the Court Clerk's Office (non-attorney).
- In Seattle, at the Children and Family Justice Center: 1211 East Alder St. Room 3015, Seattle, Washington; or at the King County Courthouse: 516 3rd Ave. Room E-609, Seattle, Washington.

- In Kent, at the Maleng Regional Justice Center: 401 4th Ave. N., Room 2C, Kent, Washington.

**STATEMENT OF EVIDENCE:**
- Unless a Joint Statement of Evidence is being submitted, each party shall prepare and submit Individual Statements of Evidence.

- A copy of the Statement of Evidence must be given to the Judge by noon the day before the pre-trial conference. Take the Statement of Evidence toThe Clerk's office on the 3rd floor of the Children and Family Justice Center, Room 3015.

## II.  CASE SCHEDULE

| | CASE EVENT | EVENT DATE |
|---|---|---|
| * | Termination Petition filed and Schedule Issued | 08/12/2021 |
| * | Signed Order for Service by Publication filed. | 08/23/2021 |
| * | **DEADLINE** for filing of Answer | 10/18/2021 |
| | **Preliminary Hearing:**     Parents Must Attend<br>Date for Termination of Publication Hearing/Motion for Default.<br>REVIEW of appointment of GAL for Child(ren).<br>**DEADLINE** for Discovery Cutoff.<br>DCFS provides Assistant Attorney General with information necessary to draft Settlement Proposals. (If DCFS is Petitioner.) | **11/01/2021**<br><br><br><br>**8:00 AM** |
| | **DEADLINE** for Exchange of Discovery, if not previously provided. | 11/08/2021 |
| | **DEADLINE** - Settlement Proposals received by all parties. | 11/08/2021 |
| | **DEADLINE** for Exchange of Lists of Possible Witnesses. | 11/16/2021 |
| | **DEADLINE** - Parties meet and discuss Settlement Proposals, stipulations, and exhibits. | 11/23/2021 |
| * | **DEADLINE** - Parties file Joint/Individual Statements of Evidence, 3 days prior to the pre-trial conference, if parties intend to present a case at trial. | 11/29/2021 |
| | **Pre-Trial Conference:**     Parents Must Attend<br>Completion of Service of Process.<br>**\*\*The date for the pre-trial conference will be set at the preliminary hearing and shall be approximately twenty one days before trial.** | |
| | **DEADLINE** for engaging in formal discovery (discovery cut-off). | |
| | **Fact-Finding Trial: CFJC Courtroom 4D Seattle**<br>                  **MRJC Courtroom 1L Kent**<br><br>**Parents Must Attend.** | **12/20/2021**<br>**9:00 AM** |

The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown

### III. ORDER

The King County Juvenile Court shall issue a *case schedule* when a Petition for Termination of Parental Rights is filed in the King County Juvenile Court (Seattle or Regional Justice Center). Individuals involved in this action must comply with the above *schedule*.  It is ORDERED that the party filing the petition **must** serve this *Order Setting Original Termination of Parental Rights Case Schedule* on all other parties.

DATED:   08/12/2021

_____
PRESIDING JUDGE

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| ACZ | No. 21-7-00531-9  SEA |
|---|---|
| | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| | (CICS) |

**CAUSE OF ACTION**

TER - Termination of Parental Rights

**AREA OF DESIGNATION**

SEA　　　Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

# King County Superior Court Clerk's Office Register for Eservice Confirmation Receipt

| | |
|---|---|
| Case Number: | 21-7-00531-9 |
| Case Title: | ACZ |
| Firm ID: | |
| Association: | Petitioner/Plaintiff |
| Date: | 8/12/2021 |
| Name: | David La Raus |

# King County Superior Court Clerk's Office EFiling Confirmation Receipt

| | |
|---|---|
| Case Number: | 21-7-00531-9 SEA |
| Case Title: | ACZ |
| Submitted By: | David La Raus |
| Bar Number: | 33715 |
| User ID: | davlarag |
| Submitted Date/Time: | 8/12/2021 1:45:23 PM |
| Received Date/Time: | 8/12/2021 1:45:23 PM |
| Total Cost: | $0.00 |

## DOCUMENTS

| | |
|---|---|
| Document Type: | PETITION FOR TERMINATION PARENT-CHILD RELATIONSHIP |
| File Name: | TrmPet- Zayas.pdf |
| Cost: | $0.00 |

| | |
|---|---|
| Document Type: | ORDER SETTING CASE SCHEDULE |
| File Name: | schedule.pdf |
| Cost: | $0.00 |

| | |
|---|---|
| Document Type: | CASE INFORMATION COVER SHEET |
| File Name: | cics.pdf |
| Cost: | $0.00 |

Printed On:       8/12/2021 1:46:30 PM