# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>                Plaintiff,<br><br>   v.<br><br>MARIAH KRAUSE and JAMAAL MAGEE,<br><br>                Defendants. | NO. 2:20-cv-01001-MAT<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>(~~PROPOSED~~) |

The Court, having duly considered the foregoing stipulation of the parties, hereby grants plaintiff's request to voluntarily dismiss the above-captioned action with prejudice, each side to bear their own respective fees and costs.

Dated this <u>6th</u> day of October, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER OF DISMISSAL
(~~PROPOSED~~)

1

ERROR! AUTOTEXT ENTRY NOT DEFINED.

| | | |
|---|---|---|
| Presented by: | | Approved as to form: |
| ROBERT W. FERGUSON<br>Attorney General | | |
| */s/ Brendan Lenihan* | | */s/ Myriam Zayas* |
| BRENDAN LENIHAN, WSB No. 56066<br>PETER KAY, WSB No. 24331<br>Assistant Attorneys General<br>Attorneys for Defendants | | Myriam Zayas<br>Plaintiff |