# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

    Plaintiff,

v.

MARIAH KRAUSE and JAMAAL MAGEE,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C20-1001-MAT

___  **Jury Verdict.** This action comes before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    By Order of the Court, this case is dismissed with prejudice.

Dated this <u>6th</u> day of October, 2020

                                            WILLIAM M. MCCOOL
                                                  Clerk

                                            s/ Kadya Peter
                                              Deputy Clerk