UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>      Plaintiff,<br> v.<br>KELSEY OWENS,<br><br>      Defendants. | Case No. C20-650 TLF<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulated Dismissal of Action. Dkt. 44. Based on the parties' stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice, and each side will bear their own respective fees and costs. All remaining pending motions (Dkt. 37, 43) are hereby denied as moot.

  Dated this 8th day of October, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER OF DISMISSAL - 1