The Honorable JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDA NGUYEN ET AL.,<br><br>　　　　　　　　Defendants. | NO. 2:20-cv-00747 JCC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>**(PROPOSED)** |

THIS MATTER came on regularly for hearing on Defendants JAMAAL MAGEE, and JULIE DECAMPS (collectively, "Defendants'") Motion to Dismiss. Defendants appearing by and through their attorneys, Robert W. Ferguson, Attorney General, and Brendan M. Lenihan and Peter E. Kay, Assistant Attorneys General. Plaintiff appearing Pro Se.

The Court having considered the following pleadings and documents in ruling on this motion:

1. Defendants' Motion to Dismiss;

2. Declaration of Brendan M. Lenihan dated October 14, 2021, with exhibits thereto;

3. Defendants' Request for Judicial Notice;

4. Plaintiff's Response, if any; and

5. Defendants' Reply, if any.

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
**(PROPOSED)**

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

The Court, having reviewed the pleadings, declarations and exhibits submitted, and heard the oral argument, it is now hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. Defendants' Motion to Dismiss is **GRANTED**.
2. Plaintiffs' Complaint against Defendants is dismissed with prejudice.

Dated this _____ day of October, 2021.

_____
The Honorable JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/Brendan Lenihan*
BRENDAN LENIHAN, WSB No. 56066
PETER KAY, WSB No. 24331
Assistant Attorneys General
For Defendants Whitney's

Approved as to form:

_____
Myriam Zayas
Plaintiff, Pro se

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS **(PROPOSED)**   2   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300