THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, | CASE NO. C21-0746-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LINDA NGUYEN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Currently pending are Julie Decamp and Jamaal Magee's motion to dismiss (Dkt. No. 24) and the King County Defendants' motion to dismiss (Dkt. No. 25), noted for November 5, 2021, and November 26, 2021, respectively.

To promote efficient case administration, Decamp and Magee's motion (Dkt. No. 24) is hereby RENOTED for November 26, 2021. This Minute Order does not extend briefing deadlines that have already passed for Decamp and Magee's motion, nor does it authorize any additional briefing. Briefing on Decamp and Magee's motion has already closed. *See* W.D. Wash. Local Civ. R. 7(d)(3).

//

//

MINUTE ORDER
C21-0746-JCC
PAGE - 1

DATED this 8th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk