FILED
LODGED
RECEIVED  MAIL

NOV 26 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

M. Zayas
+13606021444
amiya.angel@hotmail.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MYRIAM ZAYAS,

PLAINTIFF,

v.

JAMAAL MAGEE,
JULIE DECAMP,
DANI LALONDE,
TARA SHOEMAKER,
BREN SMITH,
LINDA NGUYEN,

DEFENDANT(S).

CASE NO.: 21-CV-0746 JCC

REPLY TO MOTION TO DISMISS

**This was delayed in the mail due to me not having money for postage.**

§ 1986 provides that every person who has knowledge that a wrongful act is about to be committed and having the power to prevent the commission of such wrong neglects or refuses so to do, is liable to the party injured for all damages caused by the wrongful act. 42 U.S. Code § 1986. Action for neglect to prevent.

The Defendants are confident sitting next to a judge that refuses to strike a forged document. Then guess what them knowing it was forgery makes them just as

guilty as that judge. All she had to do was strike the document from day one, state officials cannot get into trouble for their crimes if they admit them right away and then immediately make remedial efforts to fix them. This is what their immunity was made for, any actions where they intentionally abuse their immunity is a crime under the color of law. This court and every official in it knows Ann Danieli is not a court commissioner, because I know it was forgery you can't punish me for being smart by ignoring me and intentionally removing contact with my child hoping I lose my mind and go away. Just because a judge told the Defendants to commit a crime does not make it less of a crime. They knew it was a crime when they did it and hiding behind a judge is a bad idea.

They are assisting a cult that has been harassing me for 15 years and I have 3,500 pages of discovery to prove I have never abused any of my children. If this judge thought I did abuse my child she would have happily signed her own name. I have paid years of child support, cost of gas for travel, the inconvenience of having to visit my own children for 6 years and never regain custody, these African American social workers hated me for personal vindictive reasons, and still do. The Defendants don't have to see the racism I am telling them and they see that they have my kids for no reason and I don't know who these people are. So please explain why law enforcement would lock someone up for no reason and throw away the key? Since the 1960's it has always been primarily because of racism. They see and read that I did not abuse my children, yet continue as if being told what to do makes them not guilty of committing a crime. Nowhere in RCW are state officials permitted to predicting the future and if there are such RCW they are repugnant of the constitution and 4th amendment therefore null and void. The possibility of harm may be enough for RCW but the constitution which trumps all law requires probable cause, and in child abuse "tangible" probable cause. That I abused my child, not my urine or myself, but abused my child. People like the Defendants are the reason we have corrupt judges like Judge Ramseyer and Judge Messitt. So arrogant and confident in their friends to save them from destruction, their friends next to them in the court room and even their friends the other judges in the district court house who won't let them be held

accountable. I have a mouth and in this country I can speak freely, accuse freely and I get better at it every single day. If this does get dismissed I will not appeal it, my money will be saved to sue and appeal the bigger fish involved. The Defendants will lose their jobs regardless they are a liability. The only reason the Defendants have not been fired yet is because their boss knows they can sue that judge for telling them to commit a felony. Which is what I would do if I were them

**Date of signing:**

11.22.2021

**Pro Se Plaintiff Signature:** _Myriam Zayas_
**Printed Name and email:** _____



Myriam Zayas
21369 109th Pl. SE
Kent WA 98030

SEATTLE WA 980
24 NOV 2021 PM 2 L

District Court
700 Stewart Street
Seattle WA 98101

2:21-cv-00746-JCC

FILED
LODGED
RECEIVED

NOV 26 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

98101—443959